**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Levi A. Holmes II | Social Security number or ITIN   xxx–xx–4551 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Wendy E. Holmes | Social Security number or ITIN   xxx–xx–5850 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–20085–MBK | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Levi A. Holmes II        Wendy E. Holmes
    aka Levi A. Holmes

    8/23/18        **By the court:** Michael B. Kaplan
                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 13-20085-MBK
Levi A. Holmes, II
Wendy E. Holmes                                                 Chapter 13
        Debtors                      CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Aug 23, 2018
                              Form ID: 3180W              Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2018.
db/jdb         +Levi A. Holmes, II,    Wendy E. Holmes,    143 Tices Lane,    East Brunswick, NJ 08816-2013
cr             +Garden State Federal Credit Union,    144 Route 38,    P.O. Box 680,    Moorestown, NJ 08057-0680
cr             +Green Tree Servicing LLC, as Authorized Servicer f,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
513917783      +Bill Me Later,    PO Box 105658,    Atlanta, GA 30348-5658
513917791     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Home Depot,     PO Box 182676,    Columbus, OH 43218-2676)
513917787      +Eichenbaum & Stylianou, LLC,    10 Forest Avenue, Suite 300,    P.O. Box 0914,
                 Paramus, NJ 07653-0914
514003122      +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
513917789       GMAC Mortgage,    PO Box 6172,    Rapid City, SD 57709-6172
513917788      +Garden State Federal Credit Un,    144 W Route 38,    Moorestown, NJ 08057-3223
513917790       Great Lakes Higher Ed,    PO Box 530229,    Atlanta, GA 30353-0229
513917794       NJ Class Loan HESAA,    PO Box 545,    Trenton, NJ 08625-0545
513967069      +NJCLASS,    PO BOX548,    TRENTON, NJ 08625-0548
513917795       One Main Financial,    Bankruptcy Department,    PO Box 140069,    Irving, TX 75014-0069
513948775      +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
513917798       PNC Bank,    PO Box 747032,    Pittsburgh, PA 15274-7032

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 23 2018 23:27:22      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 23 2018 23:27:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514205091       EDI: BECKLEE.COM Aug 24 2018 03:03:00      AMERICAN EXPRESS CENTURION BANK,
                 C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
513917781      +EDI: AMEREXPR.COM Aug 24 2018 03:04:00      American Express,    P.O. Box 1270,
                 Newark, NJ 07101-1270
513917782       EDI: BANKAMER.COM Aug 24 2018 03:04:00      Bank of America,    P.O. Box 15019,
                 Wilmington, DE 19850-5019
513962177       EDI: BANKAMER.COM Aug 24 2018 03:04:00      Bank of America, N.A.,    NC4-105-02-99,
                 PO Box 26012,    Greensboro, NC 27420-6012
514053780      +E-mail/Text: bncmail@w-legal.com Aug 23 2018 23:27:29      CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513917784      +E-mail/Text: cms-bk@cms-collect.com Aug 23 2018 23:27:03      Capital Management Services, L,
                 726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
513917785       EDI: RCSDELL.COM Aug 24 2018 03:03:00      Dell Financial Sercices,    PO Box 6403,
                 CAROL STREAM, IL 60187-6403
513945052      +EDI: TSYS2.COM Aug 24 2018 03:04:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
513917786       EDI: DISCOVER.COM Aug 24 2018 03:04:00      Discover,    P.O. Box 71084,
                 CHARLOTTE, NC 28272-1084
513941686       EDI: DISCOVER.COM Aug 24 2018 03:04:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany OH 43054-3025
514140265       E-mail/Text: bankruptcy.bnc@ditech.com Aug 23 2018 23:27:02      Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone #: 888-298-7785
514140266      +E-mail/Text: bankruptcy.bnc@ditech.com Aug 23 2018 23:27:02      Green Tree Servicing LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
514080425       EDI: JEFFERSONCAP.COM Aug 24 2018 03:03:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
513917792       EDI: TSYS2.COM Aug 24 2018 03:04:00      Macy's,    P.O. Box 183083,    COLUMBUS, OH 43218-3083
513917796       EDI: RMSC.COM Aug 24 2018 03:04:00      PC Richard/GE Capital Ret Bank,    P.O. Box 960061,
                 Orlando, FL 32896-0061
514170338       EDI: PRA.COM Aug 24 2018 03:03:00      Portfolio Recovery Associates, LLC,
                 c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
513917797       EDI: WFNNB.COM Aug 24 2018 03:04:00      Pier One,    PO Box 659617,
                 San Antonio, TX 78265-9617
513968362       EDI: Q3G.COM Aug 24 2018 03:05:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
513917799      +EDI: NAVIENTFKASMSERV.COM Aug 24 2018 03:03:00      SallieMae,    P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500
513917800      +EDI: RMSC.COM Aug 24 2018 03:04:00      Walmart/GEMB,    PO Box 530927,    Atlanta, GA 30353-0927
513945037      +EDI: WFFC.COM Aug 24 2018 03:04:00      Wells Fargo Bank N A,
                 Wells Fargo Education Financial Services,    301 E 58th Street N,   Sioux Falls SD 57104-0422
513966581       EDI: WFFC.COM Aug 24 2018 03:04:00      Wells Fargo Bank NA,    PO Box 10438,
                 Des Moines IA 50306-0438
513917801       EDI: WFFC.COM Aug 24 2018 03:04:00      Wells Fargo Educational Fianan,    PO Box 650725,
                 Dallas, TX 75265-0725
513917802       EDI: WFFC.COM Aug 24 2018 03:04:00      Wells Fargo Fianancial,    PO Box 660431,
                 Dallas, TX 75266-0431
                                                                                               TOTAL: 26
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 23, 2018
                              Form ID: 3180W           Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Bank of America N.A.
513936644*       ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                  (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
                   PO Box 10390,   Greenville, SC 29603-0390)
514140267*       ++GREENTREE SERVICING LLC,   BANKRUPTCY DEPARTMENT,   P O BOX 6154,   RAPID CITY SD 57709-6154
                  (address filed with court: Green Tree Servicing LLC,   PO BOX 6154,   Rapid City, SD 57709-6154,
                   Telephone #: 888-298-7785)
514140268*       +Green Tree Servicing LLC,   PO BOX 0049,   Palatine, IL 60055-0049,   Telephone 60055-0049
513917793        ##Nationwide Credit, Inc.,   2002 Summit Blvd.,   Suite 600,   Atlanta, GA  30319-1559
                                                                                              TOTALS: 1, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    Green Tree Servicing LLC, as Authorized Servicer for
               Fannie MAE, as Owner and Holder of Account/Contract Originated by Suncost Mortgage Corporation
               nj.bkecf@fedphe.com
              Jay R. Schmerler    on behalf of Creditor    Garden State Federal Credit Union
               jschmerler.atty@gmail.com
              Joseph W. Coiro    on behalf of Debtor Levi A. Holmes, II jwcesq1@aol.com,
               debbie@marianocoiro.com
              Joseph W. Coiro    on behalf of Joint Debtor Wendy E. Holmes jwcesq1@aol.com,
               debbie@marianocoiro.com
              Justin   Plean    on behalf of Creditor    Green Tree Servicing LLC, as Authorized Servicer for
               Fannie MAE, as Owner and Holder of Account/Contract Originated by Suncost Mortgage Corporation
               jplean@rasflaw.com,   bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING
               LLC nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
                                                                                              TOTAL: 10
```