Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−20085−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Levi A. Holmes II                                     Wendy E. Holmes
   aka Levi A. Holmes                               143 Tices Lane
   143 Tices Lane                                       East Brunswick, NJ 08816
   East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−4551                                          xxx−xx−5850

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>September 27, 2018</u>                 <u>Michael B. Kaplan</u>
                                                      Judge, United States Bankruptcy Court